STILLMAN LEGAL PC
LINA STILLMAN, ESQ
42 Broadway, Suite 12-127
New York, NY 10004
Tel: (800) 933-5620

*Attorneys for named Plaintiff, proposed FLSA Collective, and potential Rule 23 Class*

UNITED STATES DISTRICT COURT
----------------------------------------------------------------X
PLAINTIFF
*on behalf of himself and others similarly situated,*
                                 Plaintiff,
                -against-
DEFENDANT
                               Defendants.
----------------------------------------------------------------X

## **CONSENT TO SUE**

By my signature below, I hereby authorize the filing and prosecution of the above-styled Fair Labor Standards Act action under Section 216 (b) of the FLSA and agree to act as a representative of others similarly situated and to make decisions on my behalf and on behalf of others similarly situated concerning the litigation, the method and manner of conduction this litigation, and all other matters pertaining to this lawsuit.

| | |
|---|---|
| Kevin J Velandia Barreto | *[DocuSigned signature: D824EA975CEA43A...]* |
| Print Name | Sign Name |
| 4707 39th st, Apt 6A Zip:11104 | 6194181637 |
| Address | Telephone |
| | 2/13/2024 |
| Address | Date |

TO:

STILLMAN LEGAL
42 BROADWAY, 12-127
NEW YORK NY 10004
2128321000