UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSSELINE ZAVALA, *et al.,*                                                    O R D E R

                      Plaintiff(s)                            24-CV-00558-KAM-RML
       -against-

9504 RESTAURANT CORP.,
*doing business as* RIKO*, et al*.,
                Defendant(s).
-------------------------------------------------------------X

An initial conference by telephone has been scheduled for ***April 11, 2024 at 2:30 p.m.,*** before the

Honorable Robert M. Levy, United States Magistrate Judge at **(888) 684-8852; Access Code #: 6223489.**

All counsel must be available.  **Plaintiffs' counsel is directed to confirm with defendants' counsel that**

**all necessary participants are aware of this conference.**   In the event an answer has not yet been filed,

plaintiff's counsel is to notify defendants' counsel of this conference as soon as an answer is filed.  If an

answer is not filed in advance of the conference date, plaintiffs'counsel is to notify the court, <u>in writing</u>,

to arrive two days before the scheduled conference.  No adjournment requests will be considered unless

filed by ECF at least forty-eight (48) hours before the scheduled conference.

      **THE PARTIES ARE REMINDED OF THE REQUIREMENTS OF THE**

**AMENDMENTS TO RULE 26 Fed. R. Civ. P.  IT IS EXPECTED THAT:  1) THE MEETING**

**REQUIRED BY THIS RULE WILL BE HELD AT LEAST 14 DAYS BEFORE THE**

**CONFERENCE, 2) THE MANDATORY DISCLOSURE REQUIRED BY THE RULE WILL**

**BE MADE BEFORE THE CONFERENCE, AND 3) THE WRITTEN**

**REPORT CALLED FOR BY THE RULE WILL BE PREPARED AND AVAILABLE TO THE**

**COURT BY THE TIME OF THE CONFERENCE.**

The parties are advised that all parties in civil actions in this district, **except those appearing pro se,** are now required to participate in Electronic Case Filing (ECF).  ECF enables both the court and litigants to file all case documents electronically, including pleadings, motions, correspondence and orders.  ECF is designed to be a user-friendly system which is easily understood.  A user's manual is available through the Clerk's Office, or at our website at http://www.nyed.uscourts.gov.  If needed, free training can be arranged for attorneys and their staff by contacting the Clerk's Office at (718) 613-2312.  All counsel of record will receive notice by e-mail every time a document is filed in this case via ECF.  For more information, please consult my individual rules, which are attached and are posted on the EDNY website.  All counsel of record who have not yet registered for ECF must do so within two weeks.   If there are other attorneys in the firm who will also be working on this case, such attorneys should promptly file a notice of appearance and register for ECF.  In *exceptional circumstances*, a party may be exempted from the ECF requirements, but only upon a written application to my chambers explaining in detail the serious hardships that compliance with ECF would entail.

**Parties appearing pro se are not subject to the rules regarding Electronic Case Filing (ECF) and are therefore directed to file all correspondence and other submissions by first class mail, with a copy to defendant's counsel.**

SO ORDERED.

DATED:   Brooklyn, NY
             March 11, 2024

                                                          /s/
                                                    ROBERT M. LEVY
                                                    United States Magistrate Judge